

FILED

06/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0614

IN RE THE ADOPTION OF:

R.D.J., a Minor Child,

JEREMY JAMES,

  Petitioner and Appellee,

 v.

WAYNE DARRELL DAILEY,

  Respondent and Appellant.

**FILED**

JUN 2 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's reply brief filed on June 28, 2021, this Court has determined that the brief does not comply with the Rule and must be resubmitted.

M. R. App. P. 11(4)(a) pertains to the word count of a proportionately-spaced brief, denoted in the certificate of compliance, and states that "a reply brief or amicus brief *shall not exceed 5,000 words.*" (Emphasis added.) Appellant's reply brief denotes the brief contains 6,023 words, which is well above the required length. Therefore,

IT IS ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the specified Rule;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced

copies of Appellant's brief will be billed to Appellant's counsel by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this **28** day of June, 2021.

For the Court,

By _____

Justice